**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | |
|---|---|
| United States, for the use and benefit of SolstenXP Electric and Telecom, LLC, and SolstenXP Electric and Telecom, LLC, | ) ) ) ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Philadelphia Indemnity Insurance Company, | ) |
| Defendant, | ) |
| and | ) |
| Marshall's Electric, Inc., | ) |
| Defendant and Third-Party Plaintiff, | ) |
| vs. | ) Case No. 4:13-cv-115 |
| SolstenXP Lodging, LLC, | ) |
| Third-Party Defendant. | ) |

Before the court is Defendants Philadelphia Indemnity Insurance Company and Mashall's Electric, Inc.'s Motion for attorney Craig Richards to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Craig Richards has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, Defendants' motion (Docket No. 18) is **GRANTED**. Attorney Craig Richards is admitted to practice before this court in the above-entitled action on behalf of Defendants.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge